# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 12, 2024

Lyle W. Cayce
Clerk

No. 24-60162

Mohammad Nur Nabi Chawdhury,

*Petitioner,*

versus

Merrick Garland, *U.S. Attorney General,*

*Respondent.*

_____

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A241 397 517

_____

UNPUBLISHED ORDER

Before Clement, Engelhardt, and Ramirez, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that Petitioner's opposed motion for stay of removal pending review is DENIED.